**Opinion issued July 16, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-23-00497-CV**

————————————

## IN RE F.A.D, A.R.D, J.E.D., S.R.D., E.D.D., AND S.G.D.

**Original Proceeding on Petition for Writ of Mandamus**

## MEMORANDUM OPINION

Relator, father of the six children involved in this temporary managing conservatorship proceeding, has filed a petition for writ of mandamus requesting this Court to vacate the temporary orders giving temporary managing conservatorship of the children to the Department of Family and Protective Services.[1]

---

[1] The underlying case is *In re F.A.D, A.R.D, J.E.D., S.R.D., E.D.D., AND S.G.D.*, cause number 2023-00904J, pending in the 313th District Court of Harris County, Texas, the Honorable Natalia C. Oakes, presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.